**Order entered January 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01123-CV

**SHANNON RICHARDSON, Appellant**

**V.**

**DERRICK RICHARDSON, Appellee**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-10877**

## ORDER

Before the Court are appellee's January 17, 2013 motion for extension of time to file his brief and appellee's January 17, 2013 unopposed amended motion for extension of time to file his brief.  We **GRANT** appellee's amended motion for extension of time to file his brief. Appellee's brief shall be filed on or before February 16, 2013.  We **DENY** appellee's motion for extension of time to file his brief as **MOOT**.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE